## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

| | | |
|---|---|---|
| **GLEN PACE** § | **CIVIL ACTION NO:** | |
| § | | |
| **VS.** § | **2:22-CV-46-ks-MTP** | |
| § | | |
| **CIRRUS DESIGN CORPORATION,** § | | |
| **individually and d/b/a CIRRUS** § | | |
| **AIRCRAFT CORPORATION;** § | | |
| **CONTINENTAL MOTOR** § | | |
| **CORPORATION; AMSAFE;** § | | |
| **ARAPAHOE AERO; PERFORMANCE** § | | |
| **AVIATION, LLC; WADE WATERS,** § | | |
| **individually, d/b/a PERFORMANCE** § | | |
| **AVIATION, LLC; CHARLIE** § | | |
| **AVIATION (fictious defendant);** § | | |
| **DEFENDANTS, JOHN DOES I** § | | |
| **THROUGH IV (fictious defendants),** § | | |
| **DEFENDANTS, XYZ CORPORATIONS** § | | |
| **I THROUGH IV (fictious defendants)** § | | |

## CORPORATE DISCLOSURE STATEMENT

Now into Court, through undersigned counsel, comes defendant Cirrus Design Corporation d/b/a Cirrus Aircraft (hereinafter "Cirrus Aircraft" and incorrectly named in the Complaint as Cirrus Design Corporation, individually and d/b/a Cirrus Aircraft Corporation), pursuant to Fed. R. Civ. P. 7.1 and L.U.Civ.R. 7(c) and hereby discloses that Cirrus Aircraft is a corporation organized under the laws of the State of Wisconsin with its principal place of business in Duluth, Minnesota.  There are no publicly held companies that own 10% or more of the stock of Cirrus Aircraft.  The immediate parent company of Cirrus Aircraft is Cirrus Industries, Inc. (a Delaware corporation); however, Cirrus Aircraft ultimate parent is China Aviation Industry General Aircraft, a subsidiary of Aviation Industry Corporation of China, a Chinese state-owned aerospace conglomerate..

Respectfully Submitted:

s/ *James A. Holmes*
**JAMES A. HOLMES (MS Bar No. 105487)**
jaholmes@christovich.com
CHRISTOVICH & KEARNEY, LLP
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Tel. 504.561.5700
Attorneys for Cirrus Design Corporation d/b/a Cirrus Aircraft

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties appearing and certified I have mailed by United States Postal Service the document to the following non-ECF participants:

Wayne E. Ferrell, Jr. (Mississippi Bar No. 5182)
Law Offices of Wayne E. Ferrell, Jr., PLLC
405 Tombigbee Street
P.O. Box 2448
Jackson, Mississippi
Attorney for plaintiff Glen Pace

Wade A. Walters
(Reg. No. 21647-043)
Federal Correctional Complex Coleman Low
P.O. Box 1031, Unit B-4
Coleman, Florida 33521
Pro se for Wade Walters and
Performance Aviation, LLC (a dissolved corporation)

s/ *James A. Holmes*
JAMES A. HOLMES

4872-9454-4411, v. 1

2