UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GLEN PACE                                                                                         PLAINTIFF

V.                                                         CIVIL ACTION NO. 2:22-CV-46-KS-MTP

CIRRUS DESIGN CORPORATION, individually
and d/b/a CIRRUS AIRCRAFT CORPORATION;
CONTINENTAL MOTOR CORPORATION;
AMSAFE;
ARAPAHOE AERO;
PERFORMANCE AVIATION, LLC;
WADE WALTERS, Individually,
d/b/a PERFORMANCE AVIATION, LLC,
and a member of PERFORMANCE AVIATION, LLC;
CHARLIE AVIATION (fictitious Defendant);
DEFENDANTS, JOHN DOES I THROUGH IV (fictitious Defendants);
DEFENDANTS, XYZ CORPORATIONS
I THROUGH IV (fictitious Defendants)                                                DEFENDANTS

PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Glen Pace, files this his Notice of Appeal of the Court's Order and Opinion on Motions to Dismiss and Motion for Jurisdictional Discovery entered October 24, 2022, [Doc. No. 127], to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted, this the 9th day of November, 2022.

PLAINTIFF

By:   /s/ Wayne E. Ferrell, Jr.
        WAYNE E. FERRELL, JR.

Wayne E. Ferrell, Jr.
Mississippi Bar No. 5182
Attorney at Law
Law Offices of Wayne E. Ferrell, Jr., PLLC
506 S. President St.
Post Office Box 24448
Jackson, Mississippi  39225-4448

Telephone (601) 969-4700
Fax (601) 969-7514
wferrell@airlawonline.com

MARK T. FOWLER
MS Bar No. 5449
SCHWARTZ AND ASSOCIATES, P.A.
162 East Amite St.
Post Office Box 3949
Jackson, MS  39201
Telephone (601) 988-8888
Facsimile (601) 948-3822

CERTIFICATE OF SERVICE

    I, WAYNE E. FERRELL, JR., do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court utilizing the ECF system which sent notification of such filing to all counsel of record and certify I have mailed by United States Postal Service the document to the following non-ECF participants:

    Wade A. Walters
    (Reg. No. 21647-043)
    FCI Coleman Low
    Federal Correctional Institution
    P.O. Box 1031, Unit B-4
    Coleman, Florida 33521
    Pro se for Wade Walters and
    Performance Aviation, LLC

This the 9th day of November, 2022.

                        By:    /s/ Wayne E. Ferrell, Jr.
                                WAYNE E. FERRELL, JR.